

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONNIE KAUFMAN, ET AL., | * | CIVIL ACTION |
| Plaintiffs, | * | NUMBER: 00-1033 |
| versus | * | SECTION; "I" (4) |
| STATE FARM INSURANCE, ET AL., | * | |
| Defendants | * | |

MOTION TO DISMISS

On motion of plaintiffs, Connie Kaufman, wife of/and Donald Kaufman, who upon suggesting to this Honorable Court that plaintiffs wish to dismiss without prejudice its claims against defendant, National Flood Insurance Program through FEMA, moves this Court for an order dismissing, without prejudice, its claim asserted in the Complaint against National Flood Insurance Program, FEMA, plaintiff to bear its own costs, and without prejudice to

DATE OF ENTRY
JUN 2 0 2000



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONNIE KAUFMAN, ET AL., | * | CIVIL ACTION |
| Plaintiffs, | * | NUMBER: 00-1033 |
| versus | * | SECTION; "I" (4) |
| STATE FARM INSURANCE, ET AL., | * | |
| Defendants | * | |

## O R D E R

Considering the foregoing motion;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims asserted in the Complaint filed by plaintiffs, Connie Kaufman, wife of/and Donald Kaufman, against the defendant, National Flood Insurance Program, FEMA, be dismissed, without prejudice, reserving to plaintiffs all of its rights and claims against any and all other defendants and any other parties which may be added to this matter.

NEW ORLEANS, LOUISIANA this 20 day of June, 2000

_____
UNITED STATES DISTRICT JUDGE

plaintiffs' rights against any and all other defendants.

                                    Respectfully submitted,

                                    OSBORN & OSBORN

                              _____
                              R. A. Osborn, Jr.    #10258
                              R. A. Osborn, III    #24587
                              607 Second Street
                              P.O. Box 0099
                              Gretna, Louisiana 70054-0099
                              (504) 362-0691
                              Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has been mailed to all counsel by placing same in the United States Mail, postage prepaid, and properly addressed this 16th day of June, 2000.

                              _____
                              R. A. Osborn, Jr.