UNITED STATES DISTRICT COURT

EASTERN OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN 13 P 4: 25

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| PEDRO ROMERO, ET AL | : | CIVIL ACTION NO. 00-0133 |
| VERSUS | : | SECTION: "C" |
| LORI SUSAN ROOF, ET AL | : | MAGISTRATE ( ) SECT C MAG 2 |

### EX PARTE MOTION FOR EXTENTION OF TIME

NOW INTO COURT, through undersigned counsel, come defendants, Lori Susan Roof ("Roof"), Swift Transportation Company, Inc., ("Swift"), and the Insurance Company of the State of Pennsylvania ("ICP"), solely for the purpose of obtaining an extension of time within which to respond to the petition of plaintiff, Pedro Romero, et al, and respectfully move this Court, pursuant to Rule 6 of the Federal Rules of Civil Procedure, for an extension of time of twenty (20) days within which to respond to the petition, and in support thereof shows that no previous extension of time has been requested or granted.

Respectfully submitted:

_____
CAMPBELL E. WALLACE (Bar No. 13195)
SPYRIDON, KOCH, WALLACE & PALERMO, L.L.C
Three Lakeway Center, Suite 3010
3838 North Causeway Blvd.
Metairie, Louisiana 70002
Telephone: (504) 830-7800
Counsel for Defendants

DATE OF ENTRY JAN 19 2000

UNITED STATES DISTRICT COURT

EASTERN OF LOUISIANA

| | | |
|---|---|---|
| PEDRO ROMERO, ET AL | : | CIVIL ACTION NO. |
| VERSUS | : | SECTION: " " |
| LORI SUSAN ROOF, ET AL | | MAGISTRATE |

### ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendants, Lori Susan Roof, Swift Transportation Company, Inc. and the Insurance Company of the State of Pennsylvania, be and the same is hereby granted an extension of twenty (20) days within which to respond or otherwise to plead to the petition of the plaintiff, Pedro Romero, et al.

New Orleans, Louisiana, this 18 day of January, 2000.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

_____
CAMPBELL E. WALLACE (Bar No. 13195)
SPYRIDON, KOCH, WALLACE
& PALERMO, L.L.C
Three Lakeway Center, Suite 3010
3838 North Causeway Blvd.
Metairie, Louisiana 70002
Telephone: (504) 830-7800
Attorneys for Defendants