

MINUTE ENTRY
BERRIGAN, J.
January 19, 2000

PEDRO ROMERO, et al.                    CIVIL ACTION

versus                                   NO. 00-133

LORI SUSAN ROOF, et al.                  SECTION "C"(2)


    **IT IS ORDERED** that the parties shall submit memoranda directed to the following issue no later than Monday, February 14, 2000 at 5 p.m.:

    At the time this action was removed, did the matter in controversy exceed the sum or value of $75,000, exclusive of interest and costs, as is required by 28 U.S.C. § 1332(a) for this Court to maintain diversity jurisdiction over the case?

JAN 2 0 2000
DATE OF ENTRY