

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEDRO ROMERO, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-0133 |
| LORI SUSAN ROOF, ET AL | SECTION "C" |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

IT IS ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 7th day of APRIL 2000.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR - 7 2000

\_Fee\_
\_Process\_
\_Dktd\_
✓ CtRmDep
Doc.No \_\_10\_\_