




**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| PEDRO ROMERO, ET AL | * CIVIL ACTION |
| | * |
| VERSUS | * NO. 00-0133 |
| | * |
| LORI SUSAN ROOF, ET AL | * SECTION "C" |
| | * |
| | * MAGISTRATE (2) |
| | * |

**MOTION AND ORDER TO DISMISS**

NOW INTO COURT, through their respective undersigned counsel, plaintiffs, Carmen Armas and Daniel Armas, and defendants, Lori Susan Roof, Swift Transportation Co., Inc. and the Insurance Company of the State of Pennsylvania, and upon suggesting to the Court that the parties have settled and compromised all of their differences, request that any and all claims amongst the parties to be dismissed, with prejudice, as of compromise, each party to bear their respective costs.

Respectfully submitted,

Romualdo Gonzalez, #4118
BRADEN GONZALEZ & ASSOCIATES
612 Gravier Street
Fourth Floor
New Orleans, Louisiana 70130

DATE OF ENTRY
JUN 2 8 2000

462128_1 DOC



Telephone: (504) 581-2000

Alexandra M. Lamothe

Campbell E. Wallace, T.A. #13195
Alexandra M. Lamothe, #25749
CHAFFE, McCALL, PHILLIPS,
TOLER & SARPY, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2300
Telephone: (504) 585-7000
**Attorneys for Lori Susan Roof,
Swift Transportation Co., Inc., and
The Insurance Company of the
State of Pennsylvania**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| PEDRO ROMERO, ET AL | * CIVIL ACTION |
| | * |
| VERSUS | * NO. 00-0133 |
| | * |
| LORI SUSAN ROOF, ET AL | * SECTION "C" |
| | * |
| | * MAGISTRATE (2) |
| | * |

**ORDER**

On motion of plaintiffs, Carmen Armas, individually and on behalf of her minor child, Daniel Armas, and defendants, Lori Susan Roof, Swift Transportation Co., Inc., and the Insurance Company of the State of Pennsylvania, appearing through their respective counsel of record, and on suggesting to the court that this case has been compromised and settled and that the suit for damages in this cause should be dismissed with prejudice;

IT IS ORDERED that this case be and the same is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 28 day of June, 2000.

UNITED STATES DISTRICT JUDGE

462128_1 DOC