


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEDRO ROMERO, ET AL | * CIVIL ACTION |
| | * |
| VERSUS | * NO. 00-0133 |
| | * |
| LORI SUSAN ROOF, ET AL | * SECTION "c" |
| | * |
| | * MAGISTRATE (2) |
| | * |

**JUDGMENT**

**DENIED – SEE MINUTE ENTRY DATED 6/30/2000**

CONSIDERING THE FOREGOING VERIFIED PETITION, it having been duly sworn that certifications of the Clerk setting forth the total value of the property belonging to the minor child, DANIEL ARMAS, have been duly recorded in the Mortgage Records of the Parish of Orleans, State of Louisiana, and the entirety of the evidence being in favor thereof;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that CARMEN ARMAS be and hereby is confirmed as Natural Tutrix, without security, of her minor child DANIEL ARMAS;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Pedro Romero, as administrator of the estate of DANIEL ARMAS, be and hereby is confirmed as under tutrix of the aforesaid minor to assist CARMEN ARMAS in consideration, execution, and consummation of the compromise referred to and alleged in the foregoing petition; and

DATE OF ENTRY
JUN 3 0 2000



461823_1.DOC

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that CARMEN ARMAS as administrator of the estate of DANIEL ARMAS, be authorized to enter into, execute and consummate the compromise and settlement and that all claims against Swift Transportation Co., Inc., Lori Susan Roof, and the Insurance Company of the State of Pennsylvania be deemed satisfied in full.

New Orleans, Louisiana, this 30 day of June, 2000.

_____
UNITED STATES DISTRICT JUDGE

461823_1.DOC

2