**MINUTE ENTRY**
**BERRIGAN, J.**
**June 30, 2000**

| | |
|---|---|
| **PEDRO ROMERO, et al.** | **CIVIL ACTION** |
| versus | **NO. 00-0133** |
| **LORI SUSAN ROOF, et al.** | **SECTION "C"(2)** |

Carmen Armas, individually and as administrator of the estate of her minor child, Daniel Armas, has petitioned this Court for approval of a settlement of Daniel's claims. Appointment as tutrix on behalf of a minor litigant and settlement of a minor's claims, however, must be approved by a Louisiana state court under the law and procedures set forth in the Louisiana Civil Code and the Louisiana Code of Civil Procedure. Accordingly, a state court must first appoint the tutrix for the minor child and then approve of any settlement on behalf of the minor child before the parties confect settlement in federal court. *See, e.g., Carter v. Fenner*, 136 F.3d 1000, 1007-08 (5th Cir. 1998). This Court therefore will consider the settlement only after a Louisiana state court has appointed Carmen Armas as tutrix for her minor son and has approved the proposed settlement.

**IT IS THEREFORE ORDERED** that the proposed judgment submitted by Carmen Armas, as administrator of the estate of her minor child, Daniel Armas, is hereby **DENIED**.

DATE OF ENTRY
JUN 3 0 2000